UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE FEARING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COLUMBIA BASIN SATELLITE CO., a Washington corporation; DISH NETWORK, L.L.C., a Colorado limited liability company; EASYCONNECT, L.L.C., a Delaware limited liability company; MIKE DOE; JANE DOE; JANE OR JOHN DOE; CONOR ADRIANCE,<br><br>　　　　　　　Defendants. | NO: 4:15-CV-5001-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 49. This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice.  All pending motions (ECF Nos. 21, 22, 26, 28, 34) shall be terminated by the Clerk of the Court.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this April 24, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2